In the Matter of the Estate of Charles Morath, Deceased.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Claud W. Horn, Respondent, v. Burt L. Heath, Appellant.— Judgment and order reversed on the law and facts, with costs, and judgment directed in favor of the defendant, dismissing the complaint, with costs, on the ground that the evidence fails to show a purchase of the premises. Under the contract. Exhibit 3, no title, legal or equitable, vested in Woodson and no obligation to purchase was thereby imposed on him. Since the action is concerned solely with commissions on an alleged purchase price, it is premature. It is not now necessary to decide whether an action may be maintained on a *quantum meruit* for services rendered in procuring a lessee of the premises. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

The Luxfibre Furniture Company, Respondent, v. G. H. Poppenberg's, Inc., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Buffalo Porcelain Enameling Corporation, Appellant, v. Phœnix Insurance Company, Ltd., Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Jamestown Cigar and Candy Co., Inc., and Others, Suing on Behalf of Themselves and All Other Creditors of Fletcher H. Ellsworth, Similarly Situated, Who May Desire to Come in, Respondents, v. Fred R. Gage, Appellant. — Interlocutory judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Dudley A. Gaylord, as Trustee in Bankruptcy of Flexible Armored Hose Corporation, Appellant, v. Severn A. Anderson, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

George W. Williams, Respondent, v. Town of Canadice, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Lucia Manzella, Appellant, v. The Travelers Insurance Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Harry A. Erckert, as Administrator, etc., of Elizabeth J. Erckert, Deceased, Respondent, v. Western New York Motor Lines, Incorporated, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs by April fifteenth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Florence E. Brice, Respondent, v. John H. Brice, Appellant.— Appeal dismissed, without costs upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Mary Haber, Appellant.— Application for extension of time for argument and continuation of certificate of reasonable doubt, granted and appeal ordered ready for argument at opening of May term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.